IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID HARTSUCH,

    Plaintiff,

    v.

ASCENSION MEDICAL GROUP–
NORTHERN WISCONSIN, INC. and
JENNIE LARSON,

    Defendants.

Case No. 20-cv-325-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Ascension Medical Group–Northern Wisconsin, Inc. and Jennie Larson against plaintiff David Hartsuch dismissing this case.

| | |
|---|---|
| s/ R. Swanson, Deputy Clerk | 8/26/2021 |
| Peter Oppeneer, Clerk of Court | Date |